UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

―――――――――――――――――――――――x

JOSEPH VOLFMAN,

    Plaintiff,

    -against-

WEST 4TH & BARROW LLC d/b/a THE SPANIARD
and LOWELL ASSOCIATES, LLC

    Defendants.

―――――――――――――――――――――――x

Civil Action No.

1: :22-cv-10325-AT

**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE**

Plaintiff Joseph Volfman, and Defendants, WEST 4TH & BARROW LLC d/b/a THE SPANIARD and LOWELL ASSOCIATES, LLC, by and through undersigned counsel and pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, hereby stipulate to dismiss this action with prejudice and, except as otherwise agreed in writing and signed by the parties in this action, each party shall bear its respective fees and costs.

Dated: May 26, 2023

By: _____
Andre Autz, Esq.
*Attorney for Plaintiff*
Nacmias Law Firm, PLLC.
940 Atlantic Ave
Brooklyn, New York 11238
(917) 602-6057

By: _____
Cara A. O'Sullivan, Esq.
*Counsel for Defendant West 4th &
Barrow LLC d/b/a The Spaniard*
Kaufman Borgeest & Ryan LLP
1205 Franklin Avenue
Garden City, NY 11530
T: 516-200-7906